# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2014

147679

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 147679
                                      COA: 306951
                                      Wayne CC: 11-004605-FC

ELIJAH DUJAUN KEY,
      Defendant-Appellant.

_____/

     By order of December 23, 2013, the application for leave to appeal the July 16, 2013 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Eliason* (Docket No. 147428). On order of the Court, the case having been decided on July 8, 2014, sub nom *People v Carp*, 496 Mich 440 (2014), the application is again considered. Pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the sentence of the Wayne Circuit Court on the first-degree murder count, and we REMAND this case to the trial court for resentencing on that count under MCL 769.25. In all other respects, leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2014                 

p1215                                                Clerk